EXHIBIT

A

1    Anthony Oliver., Plaintiff Pro Se
2    1 Verano Lake Drive
     Savannah, Georgia 31322
3    (912) 220-5842 (Telephone)
     (818) 855-1101 (Facsimile)

4    *Plaintiff Appearing Pro Se*

RECEIVED FOR RECORD

2018 APR 30  PM 1:50

TAMMIE MOSLEY-CLERK
SUPERIOR COURT C.C. GA

6    **IN THE SUPERIOR COURT OF CHATHAM COUNTY**

7    **IN AND FOR THE STATE OF GEORGIA**

9    ANTHONY OLIVER,                         )   Case No.: SPCV18-00526-WA
10                                           )
                 Plaintiff,                  )
11   vs.                                     )   COMPLAINT FOR DAMAGES
12                                           )
     Apple, Inc.,                            )
13                                           )
14               Defendant.                  )   **DEMAND FOR JURY TRIAL**
15                                           )
16                                           )
17                                           )

ENTERED AB   APR 3 0 2018

-1-

COMPLAINT FOR DAMAGES

Plaintiff Anthony Oliver ("Plaintiff"), brings this action against Defendant Apple, Inc. ("Apple"). Plaintiffs' allegations herein are based upon his personal knowledge and belief as to his own acts and upon the investigation conducted by himself and information and belief as to all other matters. Plaintiff hereby alleges:

## INTRODUCTION

1. Apple releases new iPhone models on a periodic basis; for example, it released the iPhone 6 and iPhone 7 in 2014 and 2016 respectively, also releasing "S" and "Plus" versions of those models roughly every other year. Often around the same time it releases a new iPhone model, Apple updates the operating software (known as "iOS") that runs on the phones. When Apple updates the iOS, Apple pushes the update for download on both the newest model and the older models.

2. This case concerns Apple's decision to impose, through its iOS software, performance requirements that exceed the capabilities of the hardware on the iPhone SE, 6, 6 Plus, 6s, 6s Plus, 7, and 7 Plus (the "Subject iPhones"). Notably, with iOS 10 and subsequent iOS updates, these iPhone models, which had up to that point been functioning acceptably, began experiencing sudden shutdowns where the phones would lose all power and restart without warning.

3. Apple responded by releasing iOS update 10.2.1 around January 2017, and later update 11.2.0. But rather than restoring the iPhones to perform as they were previously capable, the updates only stopped the shutdowns by imposing a variety of drastic software throttles that slow down the performance, impair battery life, and reduce functionality of the phones—by as much as 60%. Apple did not disclose that it was throttling performance and instead misrepresented to consumers that the updates were an improvement.

4.     Apple's actions thus steered consumers away from blaming Apple for the abrupt iOS caused shutdowns, and instead made it seem like their phones were simply nearing the end of their useful lives due to the passage of time. As a result, many people went out and bought new iPhones, while others have just suffered through using much slower phones, as they were under the mistaken belief that nothing could be done to rejuvenate them.

5.     Most recently, Apple was forced to admit that it used iOS updates 10.2.1 and 11.2.0 to intentionally slow down the computer processor of the devices to avoid sudden shutdowns. As part of its admission, Apple told consumers that they could temporarily restore their phones' pre-iOS update performance by buying a new battery for their phone. Many consumers are now paying or have paid Apple $30-$80 for a battery, and Apple is expected to take in upwards of $1.5 billion from the battery sales alone. But replacing the battery is a temporary solution that cannot correct the underlying design incompatibility.

6.     Plaintiff brings this action to seek appropriate remuneration and equitable relief in light of Apple's unlawful and deceptive conduct. Plaintiff seeks the following remedies: 1) Appropriate injunctive relief, including an order requiring Apple to modify the iOS to prevent it from intentionally degrading the iPhone performance and battery life of the Subject iPhones; prohibiting Apple from throttling future iPhone models, particularly without the express consent of affected consumers; and requiring Apple to tell Subject iPhone users that the iOS and iOS updates on the phones throttled the phones' performance; and 2) Remuneration from Apple to consumers in connection with the Subject iPhones' reduced performance and battery life, and as compensation for those who purchased replacement batteries and iPhones following the iOS induced slowdowns.

**PARTIES**

7.     Plaintiff Anthony Oliver purchased an iPhone 6s approximately two years ago.  He is a citizen of Georgia.

8.     Defendant, Apple, Inc., is a California corporation headquartered in Cupertino, California.  Apple designs and markets its iPhone devices throughout the United States. Decisions regarding how to market the phones and even Software Updates are made in Cupertino. Defendant can be served through their authorized agent for service, C.T. Corporation located at 289 S. Culver Street, Lawrenceville, Georgia 30046-4805.

**JURISDICTION AND VENUE**

9.     Plaintiff's claims arise out of the acts of the Defendants' conduct that arise in the County of Chatham. Accordingly, the venue is proper in this district pursuant to O.C.G.A. § 9-10-93.

10.     Further, Plaintiff and Defendant are residents of different states, and the amount in controversy exceeds $ 75,000.00

11.     Defendant is subject to personal jurisdiction in this Court because Defendant is headquartered here, and because Apple engages in substantial, continuous, systematic, and non-isolated business activity within the State of Georgia.

12.     Venue is proper within this District because a substantial part of the events giving rise to the claims occurred in this District, namely that Apple determined how to disclose its Software Updates within this District.

**GENERAL ALLEGATIONS**

**A.    Apple's Operating System and Software Updates**

13.     Apple is in the business of, among other things, designing and selling mobile devices known as iPhones. Models pertinent to this litigation include the iPhone SE, 6, 6 Plus, 6s, 6s Plus, 7, and 7 Plus.

14.     Apple also creates iPhone operating systems (or "iOS's") for its

1  phones.  The operating system is the software that helps the device function and
2  carry out commands and run applications.

3       15.    When Apple releases a new operating system, or updates an existing
4  operating system, it installs it on phones it is selling and making available for sale;
5  installs it on phones it is repairing under warranty; and also alerts existing iPhone
6  owners to download the updates through "push" notifications.  Operating system
7  updates may solve existing problems, including security flaws and other bugs.

8       16.    Downloading iOS updates is functionally mandatory.  Apple's push
9  notifications continue until the iOS update is downloaded.  And without an update,
10  the iPhone is likely to begin experiencing functionality problems.  For example,
11  applications on the phone are likely to stop working because the latest updates for
12  those applications often require the application to be run on the newer iOS.
13  iPhones that aren't updated may also become vulnerable to security vulnerabilities,
14  since Apple does not push security updates for the older iOS.

15       17.    The Apple iOS Software License Agreement terms that accompany
16  Apple's software state that the software "may be updated or replaced by future
17  enhancements." http://images.apple.com/legal/sla/docs/iOS11.pdf at §1(b). The
18  agreement also states that the terms of use for the software will be "governed by
19  and construed in accordance with the laws of the State of Georgia, excluding its
20  conflict of law principles. *Id.* at § 12.

21       18.    In consideration for their use of iOS, consumers agree to be locked
22  into Apple's content ecosystem. All purchases of software applications must be
23  made through Apple's "App Store." Consumers cannot interact directly with
24  software vendors, guaranteeing that Apple will take 30 percent of each of their
25  App Store transactions. In short, Apple benefits greatly when consumers use iOS-
26  equipped smart phones.

27
28

**B.   Apple's iOS Software Caused Battery and Performance Problems in Subject iPhones by Fall of 2016**

19.   Apple released iOS 10 in September 2016. In the weeks and months that followed, Apple pushed updates to iOS 10, including update 10.1.1 in October 2016 and 10.2.1 in January 2017. Later, in September 2017, Apple released iOS 11. Subsequently, Apple released a string of further iOS updates, including iOS 11.2.0.

20.   Starting in October 2016, iPhone owners who had downloaded the latest iOS updates were reporting that their iPhones were shutting down suddenly and without warning. The shutdowns did not appear to be due to a lack of battery reserve, since when users rebooted their iPhones following the shutdown, the phones would immediately show substantial battery power remaining—often in the range of 30-40%. [1]

21.   By November 23, 2016, Apple's official Support Communities forum contained a thread that was 11 pages long and growing, with users detailing how iPhones were suddenly shutting down. The shutdown problem was affecting all of the Subject iPhones, including the iPhone 7, which was brand new. One consumer posted that he had experienced the shutdown problem on his iPhone 7 even though the phone was only a week old. By January 2017, at least one prominent tech journalist was referring to the shutdown problem as "infamous."

22.   On November 30, 2016, Apple admitted that there was a problem which led the phones to "unexpectedly shut down." But Apple claimed the problem affected only a "very small number of iPhone 6s devices," and Apple suggested a small-scale issue with the lithium ion batteries was the root cause of the problem. Apple promised those purchasers a replacement battery free of

---

[1] Gordon Kelly, *Apple iOS 10.2.1 Has A Nasty Surprise*, Forbes (Jan. 24, 2017), https://goo.gl/8MefnM.

1  charge. The program covered the "the first three years after the first retail sale of

2  the unit"—an acknowledgment by Apple that no phone in use less than three years

3  should be experiencing such problems.

4      23.    Yet as Apple knew then or would soon discover, the shutdowns were

5  not attributable solely to battery degradation as Apple implied; only after

6  substantial use—about three years following purchase—would an iPhone battery

7  be reasonably expected to degrade to the point that it could no longer meet the

8  phone's performance demands. The relatively new iPhone 6 and 7 models were

9  experiencing shutdowns because the phones hardware could not meet the

10  performance demands created by the iOS and iOS updates. Even as this became

11  increasingly clear, Apple did not extend its initial program of providing free

12  batteries to allow these phones to function properly throughout at least the first

13  three years of their life.

14      C.    **Apple Surreptitiously Includes "Throttling" Technology in its iOS**

15  **Upgrades**

16      24.    Rather than revert to a version of the iOS that was compatible with the

17  phones' hardware or provide free batteries to meet the demands created by iOS

18  updates, Apple opted to decrease unexpected shutdowns through "throttling." The

19  throttling is implemented by, among other things, capping the iPhone CPU's

20  maximum frequency well below its original maximum. This meant slowing down

21  processing on the phones, which entails, among other things, longer launch times

22  for applications, lower frame rates when scrolling, backlight dimming, lower

23  speaker volume by up to -3dB, frame rate reductions in some applications, and the

24  need to reload applications upon launch.

25      25.    On January 25, 2017, Apple released iOS 10.2.1, which Apple said

26  was compatible with Subject iPhones. Through the iOS update, however, Apple

27  introduced throttling as a way to avoid shutdowns in the iPhone SE, 6, 6 Plus, 6s,

28  and 6s Plus.

26.     Apple subsequently released iOS 11.2 on December 2, 2017. Apple again claimed the update was compatible with Subject iPhones, and the iOS update introduced throttling to avoid shutdowns in the iPhone 7 and 7 Plus—even though those models were barely one year old.

27.     Upon downloading iOS 10.2.1 and then 11.2 (for those with an iPhone 7 or 7 Plus), existing iPhone users, like Plaintiff, began to experience sluggish performance on their phone and decreased battery life. But it was not known that Apple was deliberately slowing down older iPhones. [2]

28.     An analysis by Geekbench (which measures computer processing benchmarks) shows that after updating iPhones to an iOS that throttles performance, there were more "cluster points" where performance would slow down. The chart below shows phone performance before and after iOS updates that use a "throttling" program. Operations run smoothly until the battery dies. The recent iOS updates bottle up user performance at several points:




---

[2]   M. Panzarino, https://www.theverge.com/2017/12/20/16800058/apple-iphone-slow-fix-battery-lifecapacity, last accessed on Jan. 5, 2018.

28.     As explained, "where the peaks happen represents the cluster of phones running at that particular performance level. And the height of the peaks (in blue) represents the relative frequency of benchmarks being performed at that performance level." This translates to a real loss of performance. For example, "the iPhone 6s is slowed down by nearly 60%." [3] This "effectively turns the device's performance into that of a device 1-2 generations older." [4] The "software throttle was not there when the phone was sold. It was put in there to mitigate Apple's product liability [for unexpected shutdowns] without the customer's knowledge or consent. … Without the throttle the phones would shut down while still showing charge."

**D.     The iOS Updates Also Reduce Battery Life**

29.     The throttling technology—aimed at preventing unexpected shutdowns—also increases battery depletion. For example, a study comparing iPhones using the iOS 10.2 system found that on average, the phone reached 0% battery life after 240 minutes. Meanwhile, iPhones operating on the iOS 11 system on average reached 0% battery life after just 96 minutes. [5]

30.     As a result of the shorter battery life, many consumers will just leave their iPhone continuously plugged in. But while this will avoid a quick battery drain from shutting off the device, it actually further erodes battery life and the device itself. As noted in Popular Science,

> If you do fill your battery all the way up, don't leave the device plugged in. Instead, follow the shallow discharge and recharge cycle we just mentioned. This isn't a safety issue: Lithium-ion batteries have built-in safeguards designed to stop them from exploding if they're left charging while at maximum capacity. But in the long term, electronics will age faster if they're constantly plugged in while already charged to 100 percent. [6]

---

[3]  https://seekingalpha.com/article/4133931-apple-wanted-know-iphone-throttling-scandal?page=2, last accessed on Jan. 5, 2018.
[4]  *Id.*
[5]  https://www.wandera.com/blog/ios-11-battery-drain/, last accessed on Jan. 4, 2018.
[6]  Nield, "How to Charge Your Devices the Right Way," Aug. 23, 2017, https://www.popsci.com/charge-batteries-right#page-4, last accessed on Jan. 4, 201

### E.   Apple's Admissions and Reduced Battery Offer

On December 20, 2017, Apple admitted that the Software Updates indeed impact performance. Apple stated:

> **Last year we released a feature for iPhone 6, iPhone 6s and iPhone SE to smooth out the instantaneous peaks only when needed to prevent the device from unexpectedly shutting down during these conditions. We've now extended that feature to iPhone 7 with iOS 11.2, and plan to add support for other products in the future.**

31.   Apple explained that starting with its iOS 10.2.1 update, the "iOS dynamically manages the maximum performance of some system components when needed to prevent a shutdown. While these changes may go unnoticed, in some cases users may experience longer launch times for apps and other reductions in performance." [7]

32.   Defendant Apple acknowledged customer complaints, but blamed some performance issues on the battery degradation:

> **Over the course of this fall, we began to receive feedback from some users who were seeing slower performance in certain situations. Based on our experience, we initially thought this was due to a combination of two factors: a normal, temporary performance impact when upgrading the operating system as iPhone installs new software and updates apps, and minor bugs in the initial release which have since been fixed.**

> **We now believe that another contributor to these user experiences is the continued chemical aging of the batteries in older iPhone 6 and iPhone 6s devices, many of which are still running on their original batteries.**

33.   Although Apple blames normal battery deterioration, another smart phone manufacturers use similar lithium-ion batteries and have not experienced the same problems or resorted to throttling their phones' performance. Samsung, for example, guarantees its Galaxy S7 and Note & lithium-ion batteries will retain 95% of their capacity for at least two years; likewise, LG and Google warranty

---

[7] http://bgr.com/2017/12/28/iphone-battery-apple-apology-letter-battery-replacement/, last accessed on Jan. 4, 2018.

1 | their smart phones' batteries for two years. [8]

2 |   34. Apple's "solution" for pushing operating system upgrades that

3 | surreptitiously degraded performance was to lower the price of battery

4 | replacements from $79 to $29 through the end of 2018. Even with the said price

5 | reduction, Apple is expected to take in upwards of $1.5 billion from the battery

6 | sales alone; this revenue estimate does not incorporate the substantial sums Apple

7 | has accrued by selling new iPhones to consumers who believed their older models

8 | had become outdated, when in reality their phones were being throttled.

9 |   35. What's more, the demand for batteries is creating a huge backlog. [9]

10 | According to an analysis by Barclay's, "[a]s of Jan 2nd, 77% of iPhone users are

11 | using iPhone 6, 6 Plus, 6s, 6s Plus, 7, 7 Plus, and SE. Based on a conservative

12 | estimate of 675M total iPhone installed base as of Dec-Q, this implies 519M users

13 | are subject to or mostly 'eligible' for this offer." iFixit's Kyle Wiens has

14 | hypothesized that it may not even be possible for every iPhone customer eligible to

15 | take advantage of the program if they wanted to:

16 |   **Apple reportedly has 47,000 retail employees. If they trained all of them to**

17 |   **do iPhone battery swaps, and they did nothing but that, it would take 2.7 years to clear out the backlog. But by then, more iPhones would need new**

18 |   **batteries.**

19 |   36. Not downloading the iOS has its risks. Apple recently announced that

20 | all its iPhones, iPads and Mac computers are affected by two recently disclosed

21 | processor flaws called Spectre and Meltdown. These flaws present potential

22 | security breaches. Apple stated it has released patches to defend against Meltdown

23 |

24 | [8] Gordon Kelly, *Why Your iPhone Is Slowing Down*, Forbes (Dec. 21, 2017), https://goo.gl/5pWf1X.

25 |

26 | [9] *See, e.g.,* https://www.washingtonpost.com/news/the-switch/wp/2018/01/04/run-dont-walk-toreplace-your-iphone-battery-for-29/?utm_term=.97e83c7d302c, last accessed on Jan. 5, 2018.

27 | See also http://fortune.com/2018/01/04/apple-iphone-battery-upgrade-wait/, last accessed on Jan. 5, 2018

28 |

1   in iOS 11.2, macOS 10.13.2, and tvOS 11.2. Thus, customers who have yet to

2   download the iOS updates to avoid sluggish performance and battery drain leave

3   themselves exposed to greater risks of a security breach.

4        37.    The iOS upgrades have put customers in a terrible situation.

5   Customers unhappy with their iPhone's performance after the software update

6   cannot undo it. They could purchase a new battery for their existing iPhone, buy a

7   newer iPhone compatible with the iOS 11 and later systems, at a cost between

8   $699 to over $1000, or run the risk of a safety breach.

9     **F.    Plaintiffs' Experiences**

10       38.    Plaintiff Anthony Oliver purchased his iPhone in approximately April

11   2016.

12       39.    In the years that followed, Plaintiff Oliver periodically downloaded

13   iOS updates pushed by Apple, including for iOS 10 and iOS 11. Plaintiff Oliver

14   reviewed the notifications and brief descriptions of the software updates, which did

15   not alert him that updating the operating system could reduce its performance.

16       40.    After downloading the iOS updates, Plaintiff Oliver's phone started to

17   perform more sluggishly. He noticed it would take more time to run applications.

18   He also had to charge it constantly. After charging it all night, he found his phone

19   it could not go more than a few hours until it was down to 50% charged. Further,

20   the iOS would cause Plaintiffs phone to freeze for hours at a time causing Plaintiff

21   to lose employment.

22       41.    In the years that followed, Plaintiff periodically downloaded the iOS

23   updates pushed by Apple, including for iOS 10 and iOS 11. Plaintiff reviewed the

24   push notifications and brief descriptions of the software upgrades, which did not

25   alert him that updating the operating system could reduce its performance.

26       42.    After the upgrades, Plaintiff noticed a degradation in performance.

27   Applications would "hang" and not open. Plaintiff also noticed his battery life

28   would plummet from 100% charge to 30% in a few hours. Frustrated with the

1    performance of his phone, Plaintiff went to various Verizon stores where Plaintiff

2    initially purchased the iPhone, but Verizon employees were unable to explain the

3    exact nature of the "hang" and why the iPhone was not operating correctly. After

4    several upgrades, Plaintiff noticed a degradation in performance. Hi phone

5    experiences abrupt shutdowns and sluggishness.

6                                    **COUNT I**

7                            **BREACH OF CONTRACT**

8        43.    Plaintiff repeats and re-allege the allegations above as if fully set forth

9    herein.

10       44.    Apple requires everyone who downloads an iOS update, including

11   iOS 10, 10.1.1, 10.2.1, and 11.2.0, to agree to the terms of a contract: its iOS

12   Software License Agreement. Plaintiff entered into contracts with Apple in

13   connection with the use of an iPhone, using an Apple iOS, and/or by downloading

14   an iOS update, including Apple's software license.

15       45.    Apple's Software License Agreement terms provide in part: "12.

16   Controlling Law and Severability. **This License will be governed by and**

17   **construed in accordance with the laws of the State of Georgia, excluding its**

18   **conflict of law principles."**

19       46.    In the iOS Software License Agreement, Apple permits the iPhone

20   device owner "to use the iOS Software on a single Apple-branded iOS Device." *Id.*

21   at 1, § 2(a).

22       47.    Plaintiff performed his obligations under the iOS Software License

23   Agreement.

24       48.    Apple breached its iOS Software License Agreement by providing

25   software that could not be "used" as intended since the operating system software

26   impaired the performance of the Subject iPhones, reducing their ability to function

27   as a "mobile" device.

28

1     49.    As a result of Apple's breach of its promises in the iOS Software

2  License Agreement, Plaintiff has suffered damages in the form of the loss of the

3  value of his existing iPhone.

4     50.    Accordingly, Plaintiff seeks specific performance and damages for

5  Apple's breach of contract.

6                   **COUNT II**

7       **QUASI-CONTRACT CLAIM FOR RESTITUTION**

8     51.    Plaintiff repeats and re-allege the allegations above as if fully set forth

9  herein.

10     52.    In the event it is found that Plaintiff lacks an adequate remedy at law,

11  Plaintiff is entitled to relief from Apple under quasi-contract principles.

12     53.    Through its conduct described above, Apple caused Plaintiffs iPhone

13  to suffer degraded performance and utility, depriving them of the benefit of their

14  purchase or lease of those iPhones and causing them to spend additional money on

15  new iPhones as well as replacement batteries for their existing iPhones, all of

16  which led to Apple's unjust enrichment at Plaintiffs expense.

17     54.    Under the circumstances, it would be inequitable for Apple to benefit

18  from its conduct.

19     55.    To avoid injustice, Plaintiff seeks restitution and/or disgorgement of

20  profits in an amount to be proven at trial.

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT III

### Violation of Georgia's Fair Business Practices Act

### (GA. CODE ANN. § 10-1-390, et seq.)

56.    Plaintiff repeats and re-allege the allegations above as if fully set forth herein.

57.    Plaintiff intends to assert a claim under the said Georgia Fair Business Practices Act ("Georgia FBPA") which declares "[u]nfair or deceptive acts or practices in the conduct of consumer transactions and consumer acts or practices in trade or commerce" to be unlawful, GA. CODE. ANN. § 10-1-393(a), including but not limited to "representing that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have," "[r]epresenting that goods or services are of a particular standard, quality, or grade … if they are of another," and "[a]dvertising goods or services with intent not to sell them as advertised." GA. CODE. ANN. § 10-1-393(b). Plaintiff will make a demand in satisfaction of GA. CODE. ANN. § 10-1-399 and may amend this Complaint to assert claims under the Georgia FBPA once the required 30 days have elapsed. This paragraph is included for purposes of notice only and is not intended to actually assert a claim under the Georgia FBPA

## COUNT IV

## VIOLATION OF GEORGIA'S UNIFORM DECEPTIVE TRADE

## PRACTICES ACT (GA. CODE ANN. § 10-1-370, et seq.)

58.    Plaintiff repeats and re-allege the allegations above as if fully set forth herein.

59.    Apple and the Plaintiff are "persons' within the meaning of Georgia Uniform Deceptive Trade Practices Act ("Georgia UDTPA"), GA. CODE. ANN. § 10-1- 371(5).

60.    The Georgia UDTPA prohibits "deceptive trade practices," which include the "misrepresentation of standard or quality of goods or services," and "engaging in any other conduct which similarly creates a likelihood of confusion or of misunderstanding." GA. CODE. ANN. § 10-1-372(a). By fraudulently slowing the battery system down and intentionally causing the iPhone to shutdown and various times, Apple engaged in deceptive trade practices prohibited by the Georgia UDTPA.

61.    Apple has known of its use of the device problems and the true nature of its operating systems for at least two years but concealed all of that information until recently.

62.    Apple knew or should have known that its conduct violated the Georgia UDTPA.

63.    Plaintiff has suffered ascertainable loss caused by Apple's said misrepresentations and its concealment of and failure to disclose material information.

64.    As a direct and proximate result of Apple's violations of the Georgia UDTPA, Plaintiff has suffered injury-in-fact and/or actual damage.

65.    Plaintiff seeks an order enjoining Apple's unfair, unlawful, and/or deceptive practices, and any other just and proper relief available under the Georgia UDTPA per GA. CODE. ANN § 10-1-373.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT V

## TRESPASS TO CHATTELS

66.    Plaintiff repeats and re-alleges the allegations above as if fully set forth herein.

67.    Plaintiff asserts this cause of action on behalf of himself.

68.    Plaintiff was in possession of personal property in the form of their Subject iPhones.

69.    Apple interfered with Plaintiffs' iPhone by pushing software updates that substantially degraded the phones' performance and utility.

70.    Apple intentionally pushed iOS updates, including but not limited to iOS 10 and 11 and their variants, despite knowing that the updates clearly imposed performance demands that the phones' hardware could not meet, throttled the phones' performance, and otherwise negatively impacted the performance and utility of the phones.

71.    Apple did not disclose the negative impact of the iOS updates, and Plaintiff had no reason to know either when he acquired their iPhones or when he downloaded iOS updates that Apple was pushing iOS updates that imposed performance demands that the phones' hardware could not meet, throttled the phones' performance, and otherwise negatively impacted the performance and utility of the phones.

72.    Apple functionally forced consumers to update their iPhones to the latest version of iOS. Users who don't update face constant push notifications encouraging them to update. Users are not given the option of not updating: the push notifications give the user the options to "Install Now" or "Later." Users who select "Later" are prompted to select a specific time for the phone to install the update without further user input. iPhones that are not updated also face a loss of functionality for installed applications, which often require the latest version of iOS, and are vulnerable to hackers because security updates are not provided for

-17-

1 older versions of iOS. Not updating is not an option that is offered or supported by

2 Apple.

3    73.    As a direct and proximate result of Apple's interference with Plaintiffs

4 iPhone, Plaintiff suffered injury, including that their iPhones suffered a permanent

5 and long-term degradation in performance, utility, condition, quality, and value.

6                                    **COUNT VI**

7      **BREACH OF IMPLIED DUTY TO PERFORM REASONABLE CARE**

8    74.    Plaintiffs repeat and re-allege the allegations above as if fully set forth

9 herein.

10    75.    Plaintiffs assert this cause of action on behalf of himself.

11    76.    Apple requires everyone who downloads an iOS update, including

12 iOS 10, 10.1.1, 10.2.1, and 11.2.0, to agree to the terms of a contract: its iOS

13 Software License Agreement. Plaintiff entered into a contract with Apple in

14 connection with the use of an iPhone, using an Apple iOS, and/or by downloading

15 an iOS update, including Apple's software license. They did so anticipating the

16 software updates would improve phone performance, and not degrade performance

17 and battery life.

18    77.    Plaintiff met all or substantially all of his said contractual obligations,

19 including only using Apple licensed operating systems.

20    78.    Apple was obligated to provide operating systems that would enhance

21 iPhone operations and not degrade performance or battery life. This obligation is

22 implied by Apple's conduct, its descriptions of the pushed operating systems as

23 "upgrades," and the license agreement itself.

24    79.    Under Georgia law, Apple was required to perform its contractual

25 obligations competently and with reasonable care. Apple breached that duty by

26 providing software operating systems that degraded the performance and battery

27 life of the iPhones its customers purchased.

28

80.     Had Apple used reasonable care, it would have provided operating systems that improved the performance of its iPhones, or at least not degraded the performance.

81.     As a result of Apple's failure to provide operating systems upgrades competently and using reasonable care, Plaintiff failed to receive the benefit of his bargain. Plaintiff are entitled to damages in an amount to be proven at trial.

82.     Apple is aware of its breach and has admitted that its software updates throttle device performance, and its response is merely to offer reduced cost batteries until the end of 2018. This is insufficient correction of Apple's breach.

COMPLAINT FOR DAMAGES

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff Anthony Oliver, hereby demands:

 1. For an award of compensatory damages from the Defendants in the sum of $ 250,000;

 2. For an award of special damages in the sum of $ 100,000;

 3. For an award of punitive damages against the Defendants in the sum of $ 5,000,000.00

 4. In addition to actual damages, statutory damages as allowed by law,

 5. For all costs of suit;

 6. Any and other further relief as this Court deems just and proper.

Respectfully submitted,

Dated:  April 30, 2018   By: _____

          Anthony Oliver., Plaintiff Pro Se
          1 Verano Lake Drive
          Savannah, Georgia 31322
          (818) 624-2504 (Telephone)
          (818) 855-1101 (Facsimile)

**JURY TRIAL DEMANDED**

 Plaintiff is entitled to, and demands, a trial by jury pursuant to the Seventh Amendment to the United States Constitution.

Respectfully submitted,

Dated:  April 30, 2018   By: _____

          Anthony Oliver., Plaintiff Pro Se
          1 Verano Lake Drive
          Savannah, Georgia 31322
          (818) 624-2504 (Telephone)
          (818) 855-1101 (Facsimile)

COMPLAINT FOR DAMAGES